UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ARTYARNS, INC.,

                   Plaintiff,          Civil Action No.07-3823(JGK)(THK)

   -v-

TRACY JAY ROBINSON and THOMAS
C. JAY d/b/a TILLI TOMAS and TILLI
TOMAS, INC.,                             RULE 7.1 STATEMENT

                   Defendants.

-------------------------------------------------------X


      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Artyarns, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        NONE.


Date:  May 15, 2007                                         /Seth Natter/

                                                        Seth Natter (SN 4913)
                                                        NATTER & NATTER
                                                        501 Fifth Avenue
                                                        New York NY 10017
                                                        (212) 840-8300