UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ARTYARNS, INC.,

                  Plaintiff,                  Civil Action No. 07-3823 (JGK)(THK)

-v-

TRACY JAY ROBINSON and THOMAS
C. JAY d/b/a TILLI TOMAS and TILLI        NOTICE OF DISMISSAL
TOMAS, INC.,

                  Defendants.

------------------------------------------------------------X

      The Complaint in this action having been filed on May 15, 2007 and no Answer or Motion for Summary Judgment having been served, the Plaintiff, by its attorneys, hereby dismisses this action pursuant to F.R.C.P. Rule 41(a).

Dated: New York, New York          NATTER & NATTER
       July 23, 2007                    Attorneys for Plaintiff
                                              501 Fifth Avenue
                                              New York NY 10036
                                              (212) 840-8300

                                              By _____
                                                 Seth Natter (SN 4913)

                                                                  **SO ORDERED:**

7/24/07                                                       _____
                                                                    U.S.D.J.

-1-

## CERTIFICATE OF SERVICE

It is herby certified that a true copy of the foregoing Notice of Dismissal is being served upon Defendants' counsel, by mail this 23rd day of July 2007 addressed as follows:

> Clyde A. Schuman, Esq.
> Pearl Cohen Zedek Latzer
> 1500 Broadway, 12th Floor
> New York NY 10036.

_____
Seth Natter